IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

    Petitioner,                                    No. CIV S-07-1925 FCD GGH P

    vs.

CLAUDE E. FINN,

    Respondent.                                 <u>ORDER</u>

_____/

        On July 29, 2008, respondent filed a request for reconsideration of the magistrate judge's order filed July 18, 2008, ordering respondent to file further briefing. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 19, 2008, is affirmed; respondent shall file the further briefing within twenty days of the date of this order.

DATED: August 11, 2008.

                                                     _____
                                                     FRANK C. DAMRELL, JR.
                                                     UNITED STATES DISTRICT JUDGE